# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00220-LDG-RJJ
# Internal Use Only

Purdy v. LG Philips LCD Company LTD et al
Assigned to: Judge Lloyd D. George
Referred to: Magistrate Judge Robert J. Johnston
Cause: 15:1 Antitrust Litigation

Date Filed: 02/20/2007
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Timothy J Purdy**     represented by     **Mark Albright**
Albright Stoddard Warnick & Albright
801 South Rancho Drive
Suite D-4
Las Vegas, NV 89106
(702) 384-7111
Fax: (702) 384-0605
Email: gma@albrightstoddard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**LG Philips LCD Company LTD**

**Defendant**
**LG Electronics, Inc.**

**Defendant**
**LG Philips LCD America, Inc**

**Defendant**
**Royal Philips Electronics NV**

**Defendant**
**Samsung Electronics Company, Ltd.**

**Defendant**
**Samsung Semiconductor, Inc.**

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co, Ltd

**Defendant**

Hitachi Ltd

**Defendant**

Hitachi Displays, Ltd

**Defendant**

Hitachi America Ltd.

**Defendant**

Hitachi Electronic Devices (USA) Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/20/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 487788), filed by Timothy J Purdy. Certificate of Interested Parties due by 3/2/2007. (Attachments: # 1 Civil Cover Sheet)(Albright, Mark) (Entered: 02/20/2007) |
| 02/21/2007 |  | Case assigned to Judge Lloyd D. George and Robert J. Johnston. (GEW) (Entered: 02/21/2007) |
| 04/23/2007 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Robert J. Johnston, U.S. Magistrate Judge, on 4/23/2007. By Deputy Clerk: J. Ries. Local Rule 7.1-1, effective June 1, 1995 (as amended May 1, 2006), required counsel for private (non-governmental) parties upon entering a case to file counsel's certificate listing all persons, associations of persons, firms, partnerships or corporations known to have an interest in the outcome of the case in the format set forth in said local rule. According to the records in this action: The party first entered this case on February 20, 2007. No Certificate as to Interested Parties has been filed as required by Local Rule 7.1-1. IT IS THEREFORE ORDERED that counsel for the parties, shall comply with the provisions of Local Rule 7.1-1 and file the certificate of interested parties on or before May 2, 2007. **(no image attached)** (JAR, ) (Entered: 04/23/2007) |
| 04/23/2007 |  | **NON-PUBLIC** Set/Reset Deadlines: Certificate of Interested Parties due by 5/7/2007. (JAR, ) (Entered: 04/23/2007) |
| 05/14/2007 | 3 | Certified Copy of MDL ORDER CTO-1 for lifting stay. Signed by Judge MDL M MDL. (AXM) (Entered: 05/21/2007) |

| 06/05/2007 | 4 | Certified Copy of ORDER 3 CTO-1 Order. Stay is lifted and can be transfered to the Northern District of California. Signed by Judge MDL M MDL. (AXM) (Entered: 06/05/2007) |
|---|---|---|
| 06/05/2007 | 5 | Letter Requesting transmittal of Record to the MDL Panel. (AXM) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | TRANSMITTAL or Record to Northern District of California 5 Letter Request. (AXM) (Entered: 06/05/2007) |