**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                                415.522.2000

June 14th, 2007

Re:   MDL 07 – 1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case                                                    Case Number
Purdy v. LG Philips LCD Company                    C.A. No. 2:07-cv-220

Dear Sir/Madam:

        This is to advise you that the above entitled case has been transferred from the District of Nevada to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Susan Illston.  We have given the action the individual case number *C 07-3080 SI*.

        Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                Sincerely yours,

                                                                    /s/

                                                                Simone Voltz
                                                                Deputy Clerk

cc: Counsel
        MDL